

# United States District Court
## Eastern District of California

Buena Vista Rancheria of Me-Wuk Indians

Plaintiff(s)

Case Number: 2:24-cv-01853-DJC-JDP

V.

Rhonda Morningstar Pope Flores, et al.

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Rachel Saimons hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff Buena Vista Rancheria of Me-Wuk Indians

On 10/22/2013 (date), I was admitted to practice and presently in good standing in the Washington State Supreme Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 07/08/2024

Signature of Applicant: /s/ Rachel Saimons

**Pro Hac Vice Attorney**

Applicant's Name: Rachel Saimons

Law Firm Name: Kilpatrick Townsend & Stockton, LLP

Address: 1420 Fifth Ave, Suite 3700

City: Seattle   State: WA   Zip: 98101

Phone Number w/Area Code: (206) 626-7702

City and State of Residence: Seattle, Washington

Primary E-mail Address: rsaimons@kilpatricktownsend.com

Secondary E-mail Address: jblack@kilpatricktownsend.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Kendra Chapman

Law Firm Name: Kilpatrick Townsend & Stockton, LLP

Address: Two Embarcadero Center, Suite 1900

City: San Francisco   State: CA   Zip: 94111

Phone Number w/Area Code: (415) 576-0200   Bar # 294030

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 8, 2024

_Daniel J. Calabretta_

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE