UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BUENA VISTA RANCHERIA OF ME-WUK INDIANS, a federally recognized Indian tribe,<br><br>Plaintiff,<br><br>v.<br><br>Rhonda Morningstar Pope Flores, Pati Gonsalves, Ron Pina, Little Big Time Child Development Center, and Grand Prince Odeum LLC,<br><br>Defendants. | Case No. 2:24-CV-01853-DJC-JDP<br><br>**Order Granting Defendants' Unopposed Motion for Extension of Time to Answer** |

Having reviewed Defendants' unopposed motion for extension of time, and because no other extensions of time have been requested, all Defendants are granted an extension to September 13, 2024 to respond to the complaint.

Dated:  July 29, 2024        /s/ Daniel J. Calabretta
_____
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

-1-