UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BUENA VISTA RANCHERIA OF ME-WUK INDIANS, a federally recognized Indian tribe,<br><br>Plaintiff,<br><br>v.<br><br>Rhonda Morningstar Pope Flores, Pati Gonsalves, Ron Pina, Little Big Time Child Development Center, and Grand Prince Odeum LLC,<br><br>Defendants. | Case No. 2:24-CV-01853<br><br>**Proposed Order Granting Parties' Stipulation and Request for Extension of Time to Meet and Confer and File Rule 26(f) Joint Status Report** |

Having reviewed the parties Stipulation for Extension of Time to Meet and Confer and File Rule 26(f) Joint Status Report, the parties are granted an extension to September 30, 2024 to confer as required by Fed. R. Civ. P. 26(f) and to prepare and submit to the Court a joint status report that addresses the matters set forth in paragraph 4-5 of the Court's Initial Case Management Order (Dkt. 3), issued July 3, 2024.

Dated: September 4, 2024   /s/ Daniel J. Calabretta
                            THE HONORABLE DANIEL J. CALABRETTA
                            UNITED STATES DISTRICT JUDGE