# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| BUENA VISTA RANCHERIA OF ME-WUK INDIANS, a federally recognized Indian tribe,<br><br>Plaintiff,<br><br>v.<br><br>Rhonda Morningstar Pope Flores, Pati Gonsalves, Ron Piña, Little Big Time Child Development Center, and Grand Prince Odeum LLC,<br><br>Defendants. | Case No. 2:24-CV-01853<br><br>**Affidavit of Rhonda Morningstar Pope Flores in Support of Defendants' Motion to Dismiss** |

1. My name is Rhonda Morningstar Pope Flores, and I make this affidavit based on my personal knowledge and in support of Defendants' Motion to Dismiss.

2. I am an enrolled tribal member of the Buena Vista Rancheria of Me-Wuk Indians (the "Tribe").

3. In December 2020, I obtained a loan from Tribe to purchase a property known as the "Winters Building," which is the church building and event space referenced in paragraph 23 of the Tribe's complaint in this matter.

4. I signed a promissory note to the Tribe to evidence that loan. Although I do not have an executed copy of that note, the unsigned note that the Tribe provided to me for signature is attached to this Affidavit as Exhibit 1.

5. The promissory note provides that "[a]ny Claim (defined below) shall be settled by arbitration under the rules of commercial arbitration of the American

Arbitration Association (the "**AAA**") and Title 9 of the U.S. Code, as modified by this section, and conducted at a location chosen by the Lender in California." Exhibit 1 at 6, ¶ 17. "Claim" is defined as "any dispute or claim that is directly or indirectly related to this Note, whether arising under law or in equity, whether arising as a matter of contract or tort, and as to jurisdiction and liability." *Id.* at 7, ¶ 18.

6. After purchasing the property in 2020, I encountered some permitting issues for the church building with the City of Winters. In December 2021, the Tribe's Chief of Staff Wayne Smith expressed concerns that the church building had not opened a year after I purchased the building and suggested that the Tribe (as lender and lienholder in the property), should hire a law firm to resolve those permitting issues because if I couldn't open, I couldn't repay the Tribe.

7. I agreed with Mr. Smith's recommendation, but only with the condition that the legal fees be added to my existing loan.

8. Mr. Smith coordinated the hiring of the law firm to address the permitting issues, and the legal issues were resolved in December 2022.

9. As I discussed with Mr. Smith, I notified the Tribe's accounting department that I would be doubling my loan payments in January 2023. A January 25, 2023 email exchange between the Tribe's Senior Accounting Manager and me regarding the doubling of my payments is attached as Exhibit 2 to this Affidavit.

10. I state nothing further.

\* \* \*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 12, 2024

Rhonda Morningstar Pope Flores