**From:** Rhonda Pope rhonda@bvtribe.com
**Subject:** Re: question: Loan payment
**Date:** January 25, 2023 at 10:47 AM
**To:** Abdul Majeed Jabarkhail abdulmajeed@bvtribe.com

No just the principal. I think escrow has enough funds to pay the insurance and taxes correct?

Sent via the Samsung Galaxy S21+ 5G, an AT&T 5G smartphone
Get Outlook for Android

---

**From:** Abdul Majeed Jabarkhail <abdulmajeed@bvtribe.com>
**Sent:** Wednesday, January 25, 2023 8:06:10 AM
**To:** Rhonda Pope <rhonda@bvtribe.com>
**Subject:** question: Loan payment

Good Morning
Jim shared you are doubling up your loan payment, are you doubling up Escrow too, or just keep it $1000 per month

Best regards

Abdul Jabarkhail
Senior accounting manager
Buena Vista Rancheria of Me-Wuk Indians
1418th 20th St, Suite 200
Sacramento, CA 95821
Cell: 916 491 0011