KILPATRICK TOWNSEND & STOCKTON LLP
KENDRA C. CHAPMAN (State Bar No. 294030)
KChapman@ktslaw.com
Two Embarcadero Center, Suite 1900
San Francisco, CA  94111
Telephone:   415 576 0200
Facsimile:    415 576 0300

KILPATRICK TOWNSEND & STOCKTON LLP
ROB ROY SMITH (*Pro Hac Vice*)
rrsmith@ktslaw.com
RACHEL SAIMONS (*Pro Hac Vice*)
rsaimons@ktslaw.com
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
Telephone:     (206) 467-9600
Facsimile:      (206) 623-6793

Attorneys for Plaintiff
BUENA VISTA RANCHERIA OF ME-WUK INDIANS

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUENA VISTA RANCHERIA OF ME-WUK INDIANS, a federally recognized indian tribe,<br><br>    Plaintiff,<br><br>    v.<br><br> RHONDA MORNINGSTAR POPE FLORES, PATI GONSALVES, RON PINA, LITTLE BIG TIME CHILD DEVELOPMENT CENTER, AND GRAND PRINCE ODEUM LLC ,<br><br>    Defendants. | Case No.:    2:24-cv-01853-DJC-JDP<br><br>**ORDER GRANTING THE PARTIES' STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS MOTION TO DISMISS** |

    Having review the Parties' Stipulation for Extension of Time for Plaintiff to Respond to Defendants Motion to Dismiss, the Court orders as follows:

1. Plaintiff shall file a response to Defendant's Motion to Dismiss, ECF No. 23, no later than October 4, 2024.

2. Defendants shall file a reply, if any, no later than October 14, 2024.

IT IS SO ORDERED.

Dated:  September 25, 2024        /s/ Daniel J. Calabretta
                                  THE HONORABLE DANIEL J. CALABRETTA
                                  UNITED STATES DISTRICT JUDGE